THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
          v. THOMAS BAMBRICK, Appellant.

(Argued June 15, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Supreme Court, rendered December 16, 1915, at a Trial Term for the county of New York, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Alexander Karlin* for appellant.

*Edward Swann, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
    Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.    Absent: WILLARD BARTLETT, Ch. J.